UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 29 2019 ★
BROOKLYN OFFICE

JIN LI,

                Plaintiff,

-against-

WESTERN METAL WORK
& SUPPLY, INC. d/b/a Master
Metal Work, et al.

                Defendants.

**JUDGMENT OF DEFAULT**

17-CV-1015 (JBW)(RML)

**JACK B. WEINSTEIN, Senior United States District Judge:**

    Defendants defaulted in this claim for unpaid workers compensation. A full report was filed at the court's request by the magistrate judge. The defendants did not file timely objections, waiving their right to appeal.

    Plaintiff's motion for a default judgment is granted jointly and severally against defendants Western Metal Work & Supply, Inc., Master Metal Work & Supply, Inc., Zhi Yuan Xu, and Jin Ping Xu, but denied as to defendants Chencui Xue and Tim Reader. Plaintiff is awarded $39,767.32; consisting of $6,512.74 in unpaid overtime compensation, $6,512.74 in liquidated damages, $5,000 in statutory penalties for wage notice violations, $5,000 in statutory penalties for wage statement violations, $60 for tools of the trade, $15,400.40 in attorney's fees, and $1,281.44 in costs. Prejudgment interest is granted accruing from August 11, 2016 to the date of the entry of judgment, and post-judgment interest thereafter.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: March 25, 2019
       Brooklyn, New York

