UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JIN LI,

              Plaintiff,

   -against-

WESTERN METAL WORK & SUPPLY,
INC. d/b/a Master Metal Work, *et al.*,

              Defendants.
-------------------------------------------------------X

REPORT AND
<u>RECOMMENDATION</u>

17 CV 1015 (ARR)(RML)

LEVY, United States Magistrate Judge:

        By order dated May 3, 2018, the Honorable Jack B. Weinstein, Senior United States District Judge, referred plaintiff's motion for a default judgment to me for report and recommendation.  I conducted an inquest hearing on August 1, 2018 (<u>see</u> Transcript of Hearing, dated Aug. 1, 2018, Dkt. No. 24), after which plaintiff filed an updated damages submission (<u>see</u> Revised Damages Calculations, filed Aug. 8, 2018 ("Revised Calculations"), Dkt. No. 23.)  On February 27, 2019, I respectfully recommended that plaintiff's motion be granted with respect to defendants Western Metal Work & Supply, Inc., Master Metal Work & Supply, Inc., Zhi Yuan Xu, and Jin Ping Xu, but denied as to defendants Chencui Xue and Tim Reader.  On March 25, 2019, Judge Weinstein entered a judgment of default jointly and severally against defendants Western Metal Work & Supply, Inc., Master Metal Work & Supply, Inc., Zhi Yuan Xu, and Jin Ping Xu, but not as to defendants Chencui Xue and Tim Reader.  (See Judgment of Default, dated Mar. 25, 2019, Dkt. No. 30.)

        On July 17, 2019, noting that plaintiff had not taken any action with respect to defendants Chencui Xue and Tim Reader, I directed plaintiff to inform the court in writing by August 2, 2019 whether he wished to pursue his claims against those defendants.  My order

warned that failure to do so would result in a recommendation that the claims against those defendants be dismissed and the case closed.  (See Order, dated July 17, 2019, Dkt. No. 31.)

To date, plaintiff has not contacted the court or expressed any desire to pursue his claims against defendants Chencui Xue and Tim Reader.  I therefore respectfully recommend that the claims against those defendants be dismissed for failure to prosecute.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with courtesy copies to the Honorable Allyne R. Ross, United States District Judge, and to my chambers, within fourteen (14) days.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

        Respectfully submitted,

        /s/
        ROBERT M. LEVY
        Unites States Magistrate Judge

Dated: Brooklyn, New York
      February 18, 2020