UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

  JIN LI,

                              Plaintiff,                        JUDGMENT
                                                            17 CV 1015 (ARR)(RML)

            -against-

WESTERN METAL WORK & SUPPLY,
INC. d/b/a Master Metal Work, *et al.,*

                            Defendants.
------------------------------------------------------------ X

        An Order of Honorable Allyne R. Ross, United States District Judge, having been entered

on March 5, 2020, adopting the Report and Recommendation of Magistrate Judge Roanne L.

Mann, dated February 18, 2020, which recommended that the claims against defendants Chencui

Xue and Tim Reader be dismissed for failure to prosecute; it is

        ORDERED and ADJUDGED that the claims against defendants Chencui Xue and Tim

Reader are dismissed for failure to prosecute.

Dated: Brooklyn, NY                        Douglas C. Palmer
      March 6, 2020                      Clerk of Court

                              By:      */s/Jalitza Poveda*
                                            Deputy Clerk